## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: **KASHICKI S WILLIAMS DUKES**          CHAPTER 13 NO: 20-01604-JAW

### TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS

PLEASE TAKE NOTICE that the above-referenced Debtor(s) have made all plan payments required to complete the confirmed Chapter 13 plan, filed in the above-styled and numbered bankruptcy proceeding.

Respectfully Submitted, this the **9th** day of **April 2025.**

/s/Torri Parker Martin
Torri Parker Martin
Chapter 13 Trustee
200 North Congress St., Suite 400
Jackson, MS 39201
Tel: 601-981-9100
Fax: 601-981-1983