IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Kashicki S Williams Dukes, Debtor           Case No. 20-01604-JAW
                                                     Chapter 13

## DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

      prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed: **/s/ Kashicki S Williams Dukes**          **04/10/2025**
        Kashicki S Williams Dukes          Date

**/s/ Thomas C. Rollins, Jr.**          **04/14/2025**
Thomas C. Rollins, Jr., MS Bar No. 103469      Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

## CERTIFICATE OF SERVICE

    On April 14, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                              **/s/ Thomas C. Rollins, Jr.**
                                              Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>KASHICKI S WILLIAMS DUKES | CASE NO: 20-01604-JAW<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 4/14/2025, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/14/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 20-01604-JAW |
|---|---|
| KASHICKI S WILLIAMS DUKES | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 4/14/2025, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/14/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 20-01604-JAW<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>MON APR 14 11-2-16 PST 2025 | PRA  RECEIVABLES MANAGEMENT LLC<br>POB 41067<br>NORFOLK   VA 23541-1067 | SYNCHRONY BANK BY AIS INFOSOURCE  LP A<br>AGEN<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY   OK 73118-7901 |
| EXCLUDE<br><s>US BANKRUPTCY COURT</s><br><s>THAD COCHRAN US COURTHOUSE</s><br><s>501 E COURT STREET</s><br><s>SUITE 2300</s><br><s>JACKSON  MS 39201-5036</s> | AMSHER COLLECTION SERVICES<br>4524 SOUTHLAKE PARKWAY<br>HOOVER   AL 35244-3270 | (P)CARMAX AUTO FINANCE<br>225 CHASTAIN MEADOWS COURT SUITE 200<br>KENNESAW GA 30144-5938 |
| CASH NET USA<br>200 WEST JACKSON BLVD<br>14TH FLOOR<br>CHICAGO   IL 60606-6929 | CASHNETUSA<br>175 W JACKSON BLVD<br>SUITE 1000<br>CHICAGO   IL 60604-2863 | COMENITY BANK<br>PO BOX 182789<br>COLUMBUS   OH 43218-2789 |
| CREDIT ONE BANK<br>PO BOX 98872<br>LAS VEGAS   NV 89193-8872 | DISH NETWORK<br>PO BOX 105169<br>ATLANTA   GA 30348-5169 | ENTERGY MISSISSIPPI<br>639 LOYOLA AVENUE<br>NEW ORLEANS   LA 70113-3125 |
| FEDLOAN SERVICING<br>POB 60610<br>HARRISBURG   PA 17106-0610 | JACKSON AREA FEDERAL CREDIT UNION<br>PO BOX 1403<br>JACKSON  MS 39215-1403 | JACKSON ONCOLOGY ASSOC<br>1227 NORTH STATE ST<br>JACKSON  MS 39202-2002 |
| LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE   SC 29603-0587 | LENDINGCLUB<br>595 MARKET ST<br>SAN FRANCISCO   CA 94105-2802 | MAGNOLIA FEDERAL CREDIT<br>240 BRIARWOOD DR<br>JACKSON  MS 39206-3027 |
| MARINER FINANCE  LLC<br>8211 TOWN CENTER DR<br>NOTTINGHAM   MD 21236-5904 | PRA RECEIVABLES MANAGEMENT   LLC AS<br>AGENT OF<br>PORTFOLIO RECOVERY ASSOCIATES   LLC<br>POB 41067<br>NORFOLK   VA 23541-1067 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND   WA  98083-0788 | (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | EXCLUDE<br><s>(D)(P)REPUBLIC FINANCE LLC</s><br><s>282 TOWER RD</s><br><s>PONCHATOULA LA 70454-8318</s> |
| SYNCB<br>PO BOX 965005<br>ORLANDO   FL 32896-5005 | SYNCB<br>PO BOX 965017<br>ORLANDO   FL 32896-5017 | SYNCHRONY BANK<br>BY AIS INFOSOURCE  LP AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON, MS 39201-5022~~

WELLS FARGO BANK
PO BOX 5058
PORTLAND OR 97208-5058

(P)WILKINSON LAW FIRM P C
511 KEYWOOD CIRCLE
FLOWOOD MS 39232-3019

DEBTOR
KASHICKI S WILLIAMS DUKES
1816 LINCOLNSHIRE BLVD
RIDGELAND MS 39157-1213

~~EXCLUDE~~
~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON, MS 39236-3767~~

~~EXCLUDE~~
~~TORRI PARKER MARTIN~~
~~TORRI PARKER MARTIN, CHAPTER 13 BANKRUPT~~
~~200 NORTH CONGRESS STREET, STE 400~~
~~JACKSON, MS 39201-1902~~